# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2371 Disciplinary Docket No. 3

           Petitioner   :   No. 18 DB 2017

           v.   :   Attorney Registration No. 34902

JOHN M. ZEGLEN,   :   (Fayette County)

           Respondent   :

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of April, 2017, upon consideration of the Verified Statement of Resignation, John M. Zeglen is disbarred on consent from the Bar of the Commonwealth of Pennsylvania, *see* Pa.R.D.E. 215, and he shall comply with the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).